LENA C. YOUNG, as Administratrix of the Estate of RAYMOND YOUNG, Deceased, Respondent, v. NEW YORK STATE ELECTRIC & GAS CORPORATION et al., Appellants.

MARJORIE S. YORK, as Administratrix of the Estate of HAROLD SAMPSON, Deceased, Respondent, v. NEW YORK STATE ELECTRIC & GAS CORPORATION et al., Appellants.

Submitted November 12, 1946; decided November 21, 1946.

*W. Earle Costello* for motion.
*Albert E. Hollis* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution. (*Riordan* v. *Crabtree,* 296 N. Y. 515.)

NORMAN LAMICA, Respondent, v. KATHERINE M. VOLLMER, as Executrix of CHARLES H. VOLLMER, Deceased, Doing Business under the Name of VOLLMER TRANSPORTATION COMPANY, Appellant.

Submitted November 12, 1946; decided November 21, 1946.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 296 N. Y. 660.]